No. 865. E. W. BUSCHMAN Co. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *Edward Statland* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 870. STATE FARM MUTUAL AUTOMOBILE INSURANCE Co. *v.* WALKER ET AL. C. A. 7th Cir. Certiorari denied. *Frederick P. Bamberger* for petitioner.

No. 881. SHUE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 7. PUROLATOR PRODUCTS, INC. *v.* FEDERAL TRADE COMMISSION. C. A. 7th Cir. Motion to amend petition for writ of certiorari granted. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion and petition. *Sumner S. Kittelle* and *Allan Trumbull* for petitioner. *James McI. Henderson* and *Charles C. Moore, Jr.,* for respondent. *Solicitor General Marshall* and *Assistant Attorney General Turner* for the United States, as *amicus curiae.*

No. 147. K-91, INC. *v.* GERSHWIN PUBLISHING CORP. ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted. *Richard F. Wolfson* for petitioner. *Simon H. Rifkind* and *Jay H. Topkis* for respondents. *Solicitor General Griswold, Assistant Attorney General Turner* and *Howard E. Shapiro* for the United States, as *amicus curiae,* in opposition to the petition.